EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney

JIMMY CHEN
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii  96850
Telephone: 440-9248
Facsimile: 541-2958
E-Mail: Jimmy.Chen@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. CR04 00277 DAE |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [18 U.S.C. § 2; |
| JIMMY YASAY         (01) | ) | 21 U.S.C. § 841(a)(1); |
| FALEU LIILII        (02) | ) | 21 U.S.C. § 846; |
| | ) | 21 U.S.C. § 856(a)(1)] |
| Defendants. | ) | |

### INDICTMENT

### COUNT 1

The Grand Jury charges that:

1.  From a time unknown but by on or about June 2004, and continuing to on or about July 15, 2004, in the District of Hawaii, the defendants, JIMMY YASAY and FALEU LIILII, did knowingly and intentionally conspire to manufacture a mixture and substance containing a detectable amount of methamphetamine, its

salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and to knowingly and intentionally open and maintain a place at 823 Peltier Avenue, Honolulu, Hawaii, for the purpose of manufacturing, distributing, and using methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 856(a)(1).

OVERT ACTS

In furtherance of the aforesaid conspiracy, and in order to accomplish the illegal objectives thereof, overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy, including, but not limited to, the following acts:

1. On or about May 2004, JIMMY YASAY and T.M. resided in military housing located at 823 Peltier Avenue.

2. From around November 2003, through on or about July 2004, JIMMY YASAY acquired half pound quantities of red phosphorous and iodine via the internet, and pseudoephedrine from the Navy Exchange ("NEX") and Navy commissary.

3. From on or about June 2004, and continuing to on or about July 15, 2004, FALEU LIILII took up residence at 823 Peltier Avenue and assisted JIMMY YASAY at the residence on multiple occasions in the manufacture of methamphetamine by

removing pseudoephedrine tablets from their original packaging to be used as an ingredient in the production of methamphetamine.

4. From on or about June 2004, and continuing to on or about July 15, 2004, JIMMY YASAY, using the pseudoephedrine tablets FALEU LIILII removed from their packaging, added various ingredients, including but not limited to items such as red phosphorous, iodine, lighter fluid, lye, and acid to manufacture methamphetamine within the kitchen area of 823 Peltier Avenue.

5. From on or about June 2004, and continuing to on or about July 15, 2004, FALEU LIILII would clean and remove any resulting debris in the kitchen area of 823 Peltier Avenue during and after the manufacturing process.

6. From on or about June 2004, and continuing to on or about July 15, 2004, JIMMY YASAY and FALEU LIILII manufactured two to three batches of methamphetamine a week, yielding approximately 3.5 grams per batch at 823 Peltier Avenue.

7. On July 15, 2004, JIMMY YASAY and FALEU LIILII disposed of twenty-four (24) cans of HEET brand automotive cleaning solvent, matches, liquid iodine, and acetone, ingredients used in the manufacture of methamphetamine, by depositing them into a dumpster.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges that:

From a time unknown but by on or about June 2004, and continuing to on or about July 15, 2004, in the District of Hawaii, the defendants, JIMMY YASAY and FALEU LIILII, did knowingly and intentionally manufacture a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 3

The Grand Jury further charges that:

From a time unknown but by on or about June 2004, and continuing to on or about July 15, 2004, in the District of Hawaii, the defendants, JIMMY YASAY and FALEU LIILII, did knowingly and intentionally open and maintain a place at 823 Peltier Avenue, Honolulu, Hawaii, for the purpose of manufacturing, distributing, and using methamphetamine, its

//
//
//
//
//
//

salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

DATED: July 28, 2004 at Honolulu, Hawaii.

A TRUE BILL

/s/

---
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD JOHNSON
Assistant U.S. Attorney

JIMMY CHEN
Special Assistant U.S. Attorney

United States v. JIMMY YASAY, ET AL.
Cr. No.
"INDICTMENT"

5